UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America
      Plaintiff,

v.

Alberto Gonzalez

      Defendant.

Cr. No. 06-856 (KSH)

**O R D E R**

This matter having come before the Court on the filing of a letter request by defendant Alberto Gonzalez (D.E.34) for modification of the terms supervised release; and the defendant having failed to advance sufficient reasons for modifying conditions of employment, which if granted would impede effective supervision; and good cause appearing,

It is this 3rd day of December, 2012,

ORDERED the defendant's letter request for modification of the terms of supervised release is DENIED.

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN, U.S.D.J.